UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KENNETH GREGORY WILLIAMS,

        Plaintiff,        2:13-cv-00950-AA

    v.                    ORDER

OREGON DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

AIKEN, District Judge.

    The State Defendants now move to dismiss plaintiff's claims against defendants Sprague, Hallman and Kitzhaber. State Defendants' Partial Rule 12(B)(6) Motion to Dismiss (#57).

    Plaintiff's motion to dismiss plaintiff's claims against defendants Sprague and Hallman is allowed for the reasons set forth in Judge Simon's Order (#13) entered July 30, 2013. Specifically, plaintiff's claims against these defendants is

1 - ORDER

"more in the nature of a request for reconsideration" of the court's dismissal of plaintiff's prior civil rights action, *Williams v. Oregon Department of Corrections*, Civ. No. 3:10-cv-00730-SI.

Defendants motion to dismiss plaintiff's claim against defendant Kitzhaber is allowed because plaintiff has failed to allege that defendant Kitzhaber engaged in any action that deprived plaintiff of of his federally protected rights. *See*, Stevenson v. Koskey, 877 F.2d 1435, 1439 (9th Cir. 1989); Johnson v. Duffy, 588 F.2d 740 (9th Cir. 1978).

Defendants' Motion (#57) is allowed. Plaintiff's claims against defendants Sprague, Hallman and Kitzhaber are dismissed with prejudice.

IT IS SO ORDERED
DATED this 8th day of April, 2014.

_____
United States District Judge

2 - ORDER